In the Matter of the Claim of EMMA CHASE, Respondent, against DUTCHESS BLEACHERY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.* — Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hinman, Hill and Hasbrouck, JJ., concur; Davis, J., dissents on the ground that there is no sufficient proof of causal relation between the accident and the death.

In the Matter of the Claim of GERTRUDE CORSETTE, Respondent, against NEW YORK MILLS CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State. Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GEORGE DUFFIELD, Respondent, against QUCGUE FIELD CLUB, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of J. DOUGLAS, Respondent, against KENN-WELL CONTRACTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board, on the authority of Matter of Field v. Charmette K. F. Co. (245 N. Y. 139). Van Kirk, P. J., Davis, Whitmyer and Hasbrouck, JJ., concur; Hinman, J., dissents on the authority of Matter of Lampert v. Siemons (235 N. Y. 311); Rourke's Case (237 Mass. 360); Matter of Carter v. Gordiner & Warring Co. (230 N. Y. 597).

In the Matter of the Claim of JULIUS DE AMATO, Respondent, against ARROW UPHOLSTERY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, on stipulation. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur.

In the Matter of the Claim of MADALENA DE FRIULI, Respondent, against KINGS COUNTY LIGHTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of HENRY DI MASI, Respondent, against BROOKLYN ASH REMOVAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MARY ANN DUFFY, Respondent, against BROOKLYN-MANHATTAN TRANSIT CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award· unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of HERMAN EISENLANDLER, Respondent, against SELMA DRESS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.